UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 2 2021

TONY R. MOORE, CLERK
BY _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:21-CR-00077-01,02 |
| | * | |
| VERSUS | * | 18 U.S.C. § 1591(a)(1) |
| | * | 18 U.S.C. § 2422(b) |
| | * | |
| | * | JUDGE CAIN |
| KEVONDRIC FEZIA (01) | * | |
| CALISTA JENEE WINFREY (02) | * | MAGISTRATE JUDGE KAY |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### SEX TRAFFICKING
### 18 U.S.C. § 1591(a)(1)

Beginning on or about the 13th day of February, 2021, and continuing until on or about the 21st day of February, 2021, in the Western District of Louisiana, and elsewhere, the defendants, KEVONDRIC FEZIA and CALISTA JENEE WINFREY, knowingly recruited, enticed, harbored, transported, provided, obtained and maintained in and affecting interstate commerce, NG, a 14 year old minor female, knowing and in reckless disregard of the fact that fraud and coercion would be used to cause NG to engage in a commercial sex act and that NG was under 18 years of age, in violation of Title 18, United States Code, Section 1591(a)(1). [18 U.S.C. § 1591(a)(1)]

# COUNT 2
# ATTEMPTING TO ENTICE A MINOR
# TO ENGAGE IN PROSTITUTION
# 18 U.S.C. § 2422(b)

Beginning on an unknown date but reasonably near to the 1st day of November, 2020, and continuing until on or about the 21st day of February, 2021, in the Western District of Louisiana, and elsewhere, the defendant, KEVONDRIC FEZIA, using a facility or means of interstate commerce, did knowingly attempt to persuade, induce, entice and coerce a minor to engage in prostitution, in violation of Title 18, United States Code, Section 2422(b). [18 U.S.C. § 2422(b)]

A TRUE BILL:

FOREPERSON: GRAND JURY

ALEXANDER C. VAN HOOK
Acting United States Attorney

By: _____
JOHN LUKE WALKER (LA Bar #18077)
Assistant United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, Louisiana   70501
Telephone:   (337) 262-6618